**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| IN RE: | |
| KAREN COOKSON | Case No.: 18-18642 |
|     Debtor | Chapter 13 |
| BSI Financial Services, Inc. | |
|     Movant | |
| v. | |
| KAREN COOKSON | |
| ROBERT THOMAS II | |
|     Respondent(s) | |

**RESPONSE TO NOTICE OF DEFAULT**

NOW COMES, Karen Cookson, Debtor/Respondent by and through her attorney, Nicholas J. Del Pizzo, III, and hereby respond to the Notice of Default and for cause states:

1. That Debtor denies the allegations in the Notice of Default.

WHEREFORE, Debtor respectfully requests a hearing be scheduled with regard to this matter.

Respectfully submitted,

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III, 24666
7222 Holabird Avenue
Baltimore, MD 21222
410-288-5788
email: njdelpizzo@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of October, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Debtors' Response to Notice of Default will be served electronically by the Court's CM/ECF system on the following:

**Robert S. Thomas ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com**

**Joshua Welborn bankruptcymd@mwc-law.com, bankruptcymd@ecf.inforuptcy.com**

I HERBY FURTHER CERTIFY that on the 18th day of October, 2019, a copy of the Debtor's Response to Notice of Default was also mailed first class mail, postage prepaid to:

| Office of the US Trustee | Karen Cookson | Douglas Cookson |
|---|---|---|
| 101 W. Lombard St. | 1249 Pekin Road | 1249 Pekin Road |
| Suite 2625 | Pasadena, MD 21122 | Pasadena, MD 21122 |
| Baltimore, MD 21201 | | |

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III