IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| Karen Cookson | *   Case No.: 18-18642 |
| Debtor | *   Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \*

## WITHDRAW OF DOCUMENT

Dear Clerk:

Please let the record reflect that the above captioned Debtor requests the Response to Notice of Default, Document No. 48, filed October 18, 2019 WITHDRAWN.

Thank you for your courtesies.

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III, 24666
7222 Holabird Avenue
Baltimore, MD 21222
410-288-5788
email: njdelpizzo@aol.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of December, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Withdraw of Document will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas,  ECF@ch13balt.com

I HERBY FURTHER CERTIFY that on the 5th day of December, 2019, a copy of the Withdraw of Document was also mailed first class mail, postage prepaid to:

Office of the US Trustee        All creditors on attached list
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III